UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00142-MOC-DSC

| | |
|---|---|
| **DOUGLAS L. BOBIAK,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | )      ORDER<br>) |
| **THE MORGAN GROUP, INC.,** | )<br>) |
| Defendant. | ) |

**THIS MATTER** is before the court on the defendant's Partial Motion to Dismiss (#9). Subsequent to the filing of this Motion, the plaintiff has filed an Amended Complaint (#15). The defendant's Motion is rendered <u>moot</u> by the filing of this Amended Complaint.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the defendant's Partial Motion to Dismiss (#9) is **DENIED** without prejudice as it has been rendered **MOOT** by the filing of the plaintiff's Amended Complaint (#15). The defendant is allowed fourteen (14) days to Answer or otherwise respond to the Amended Complaint.

Signed: May 18, 2017

Max O. Cogburn Jr
United States District Judge