# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| DOUGLAS L. BOBIAK, individually and on behalf of all others similarly situated; </br></br>                    Plaintiff, </br> v. </br></br> THE MORGAN GROUP, INC., </br>                    Defendant. | Civil No. 3:17-cv-00142-MOC-DSC </br></br></br></br> **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff Douglas A. Bobiak's and Defendant The Morgan Group, Inc.'s "Joint Motion to Stay" (document #22), filed on May 23, 2017. Having carefully considered the Motion, the record, and applicable authority, the Court will **GRANT** the Motion.

**IT IS THEREFORE ORDERED** that this civil action is STAYED, including suspending the deadline for Defendant to respond to Plaintiff's Amended Complaint, and suspending the deadline for Defendant to respond to Plaintiff's Conditional Certification Motion, as well as staying the requirements set forth in Rules 16 and 26 of the Federal Rules of Civil Procedure and Local Rules 16.1 and 26.1, for sixty (60) days, to and including July 22, 2017.

**ADDITIONALLY, THE COURT ORDERS** that the Parties' Stipulated Tolling Agreement set forth in document #21 is hereby approved and made an Order of the Court.

**SO ORDERED**.

Signed: May 24, 2017

_____
David S. Cayer
United States Magistrate Judge