# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| DOUGLAS L. BOBIAK, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br>v.<br><br>THE MORGAN GROUP, INC.,<br>Defendant. | Civil No. 3:17-cv-00142-MOC-DSC<br><br><br><br>**ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Defendant The Morgan Group, Inc.'s Motion to Extend Stay, filed on July 21, 2017. Having carefully considered the Motion, the record, and applicable authority, the Court will **GRANT** the Motion.

**IT IS, THEREFORE, ORDERED** that the stay in this action is **EXTENDED** for fourteen (14) days to and including August 5, 2017.

**SO ORDERED**.

Signed: July 22, 2017

_____
David S. Cayer
United States Magistrate Judge