UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00142-MOC-DSC

| | | |
|---|---|---|
| **DOUGLAS L. BOBIAK, On Behalf of Himself and Others Similarly Situated,** | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| **THE MORGAN GROUP, INC.,** | ) ) ) ) ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on plaintiff Bobiak's Motion to Conditionally Certify a Collective Action and Facilitate Notice (#16). By this court's prior Order (#25), the stay in this case was extended until August 5, 2017. Having considered the Motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS HEREBY ORDERED** that the matter is **CALENDARED** for a hearing during the next appropriate term.

Signed: August 10, 2017

Max O. Cogburn Jr.
United States District Judge