IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:17-CV-00142-MOC-DSC

| | |
|---|---|
| DOUGLAS L. BOBIAK, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>  v.<br><br>THE MORGAN GROUP, INC.,<br><br>                Defendant. | **ORDER** |

**THIS MATTER** is before the Court on the "Motion for Judicial Settlement Conference" (document # 27) filed August 8, 2017. After conferring with the chambers of the Honorable Max O. Cogburn, Jr., the undersigned will conduct a Judicial Settlement Conference on Thursday, August 31, 2017 at 11:00 a.m. at the United States Courthouse in Charlotte. Chambers staff will contact counsel regarding specifics for the Settlement Conference.

     **SO ORDERED.**

Signed: August 14, 2017

_____
David S. Cayer
United States Magistrate Judge