IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:17-CV-00142-DSC

DOUGLAS L. BOBIAK, individually
and on behalf of all others similarly
situated,

          Plaintiff,

v.

THE MORGAN GROUP, INC.,

          Defendant.

**ORDER**

**THIS MATTER IS BEFORE THE COURT** upon the Parties' Joint Motion for Approval of Settlement Agreement (Doc. No. 34). The Parties requested that the Court conduct an *in camera* review of and approve the Settlement and General Release Agreement (the "Settlement Agreement") the Parties agreed upon to resolve this matter.

Plaintiff has asserted claims against Defendant, alleging violations of the Fair Labor Standards Act. Accordingly, this Court has reviewed and scrutinized the parties' Settlement Agreement. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).

Having conducted an *in camera* review of the Parties' Settlement Agreement, the Court is satisfied that the Parties' settlement of this contested case is fair, reasonable, and in the best interests of the Plaintiff and the two individuals who have filed a Consent to Become Party Plaintiff (collectively, "Plaintiffs"). The Settlement Agreement reflects a reasonable compromise of disputed issues. Both Plaintiffs and Defendant are represented by counsel who have protected their respective rights in this matter.

For the reasons stated above, the Court approves the Parties' Settlement Agreement.

1

**IT IS THEREFORE ORDERED** that the Parties' Joint Motion for Approval of Settlement Agreement (Doc. No. 34) is **GRANTED**.

**SO ORDERED**.

Signed: October 16, 2017

David S. Cayer
United States Magistrate Judge